UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LITTLEWORTH<br><br>Defendant. | Case No. 3:21-cr-00048-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MOTION DEADLINES**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for KEVIN LITTLEWORTH, Christopher Chiou, Acting United States Attorney, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, that parties herein shall have to and including **April 29, 2022**, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **May 13, 2022**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **May 20, 2022**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of June 6, 2020 at 8:30 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay

DATED this 20th day of April, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Kate Berry*<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Kevin Littleworth | */s/ Randolph J. St. Clair*<br>By:_____<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this __26th__ day of April, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2